United States District Court
Southern District of Texas
**ENTERED**
February 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:19-CR-1999-1 |
| MIKE ALANIZ | § § | |

## ORDER

Came on to be considered Mike Alaniz' "Agreed Motion for Continuance of Sentencing Under Seal" [*Dkt. No. 29*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED**. Sentencing is hereby reset to **April 8, 2021 at 2:00 p.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this _____ day of February, 2021.

Micaela Alvarez
United States District

1 / 1